Robert Tauler, Esq. (SBN 241964)
robert@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff
Lillian Jurdi*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN JURDI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECTQUOTE INSURANCE SERVICES INC, a Kansas corporation; and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No.: 2:24-cv-06896-MEMF-E<br><br>**PLAINTIFF LILLIAN JURDI'S NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Lillian Jurdi and Defendant SelectQuote Insurance Services Inc. have reached a resolution of the above-captioned case. Assuming compliance with the terms of the resolution, the parties expect Plaintiff will dismiss her individual claims with prejudice within the next thirty (30) days.

Dated: January 7, 2025                    TAULER SMITH LLP

                                          By: */s/ Robert Tauler*
                                              Robert Tauler

                                          *Attorneys for Plaintiff*
                                          *Lillian Jurdi*

## **CERTIFICATE OF SERVICE**

I hereby certified that I served the foregoing document on all parties of record via the Court's CM/ECF system.

Dated: January 7, 2025                    TAULER SMITH LLP

By: */s/ Robert Tauler*
         Robert Tauler

*Attorneys for Plaintiff
Lillian Jurdi*